IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK K. LEE,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00153-MP-EMT

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendations of the Magistrate Judge, recommending that the Commissioner's unopposed motion to remand, Doc. 20, be granted. The Magistrate Judge filed the Report and Recommendation on Friday, January 20, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner's motion to remand (Doc. 20) is GRANTED.

3. This cause is remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings. As the court retains jurisdiction of this case during

the period of remand, judgment should not be entered at this time.

**DONE AND ORDERED** this  *28th* day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge