IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK K. LEE,

    Plaintiff,

v.                                      CASE NO. 1:05-cv-00153-MP-EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 57, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion for Final Judgment, Doc. 55, be granted. The Magistrate issued the Report on December 8, 2008. Neither party has filed an objection to the Report, and the time to do so has passed. Upon consideration, the Court finds that the Report should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 57, is ADOPTED and incorporated herein.

2.     Defendant's Motion for Final Judgment, Doc. 55, is GRANTED, and the Clerk is directed to enter final judgment.

**DONE AND ORDERED** this  *7th* day of January, 2009

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge