IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK K. LEE,

    Plaintiff,

v.   CASE NO. 1:05-cv-00153-MP-EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 68, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's application for attorneys' fees pursuant to the Equal Access to Justice Act (Doc. 61) be granted for an award of $1579.03. The Magistrate entered the Report on March 17, 2009. No party has filed an objection to the Report, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that the amount recommended is reasonable and should be awarded directly to Plaintiff. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 68) is ADOPTED and incorporated herein.

2. The Application for Attorneys' Fees (Doc. 61) is GRANTED. Pursuant to 28 U.S.C. § 2412, the Commissioner is directed to pay Plaintiff $1579.03 for time expended by Plaintiff's counsel in representing Plaintiff in district court.

    **DONE AND ORDERED** this  *16th* day of April, 2009

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge