IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK K LEE,

    Plaintiff,

v.        CASE NO. 1:05-cv-00153-MP-EMT

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 72, Motion for Attorney Fees Pursuant to 42 U.S.C.A. § 406(b)(1). Plaintiff requests attorney's fees as per contingent fee agreement with Mr. Bacharach ("Counsel"). Under the contingent fee agreement, the $2,584.00 Counsel would receive for 7.7 hours of work is overall reasonable at Counsel's hourly rates. The Commissioner responded to the Motion, Doc. 73, but declined to object to Plaintiff's proposed distributions. Therefore, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Commissioner is directed to pay Mr. Bacharach the $2,584.00 of Plaintiff's past due benefits currently being held.

    2.    Mr. Bacharach is directed to refund $1,579.03 to Plaintiff.

    **DONE AND ORDERED** this  *2nd* day of September, 2009



    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge